**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Stacia Cullors et al | CASE NUMBER |
|---|---|
| v. PLAINTIFF(S) | 2:22-cv-02324 RGK(Ex) |
| Beech-Nut Nutrition Company et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_____     _____
Date                                           United States District Judge

**TRANSFER ORDER DECLINED**

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

No substantive work done. Case transferred to D. N.J.

April 16, 2022                              /s/ James V. Selna
Date                                           United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:21-cv-01457 JVS(PDx)   and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-34 (03/21)           ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)